**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| McKesson Medical-Surgical Inc.,      )<br>                    )<br>            Plaintiff,    )<br>                    )<br>vs.                )<br>                    )<br>Kathryn M. Caccavale, et al.,   )<br>                    )<br>            Defendants.   )<br>                                      ) | No. CIV 04-1351-PHX-SRB<br><br>**ORDER** |

The District Judge has referred all discovery matters to the undersigned. In order to facilitate the Court's understanding of any outstanding discovery disputes, each party shall file a Notice of Pending Discovery Disputes briefly describing all discovery matters believed to require the Court's intervention. This Notice shall be filed by the close of business December 16, 2005, and may not exceed ten (10) pages, exclusive of attachments. Each Notice shall include a certification that the party seeking relief has <u>personally</u> conferred in good faith with the opposing party. Any party wishing to respond may file a five (5) page response by the close of business December 21, 2005. There will be no replies. The Court will set a telephonic discovery conference for Thursday, December 22, 2005 at 2:00 p.m. Counsel for plaintiff will initiate the call (602-322-7630).

DATED this 9th day of December, 2005.

_____
David K. Duncan
United States Magistrate Judge